UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOSEPH GOLDSON,

                            *Plaintiff*,

      -against-

C.O. CODY WATSON,
C.O. JAMES BLACKMER,
C.O. BRADLEY NELLENBACH,
C.O. MICHAEL MARCINKOWSKI and
SGT. DALE BEST,

                          *Defendants*.

**ORDER**

9:24-CV-213
(BKS/ML)

---

WHEREAS, on December 8, 2025, defendants Sergeant Dale Best and Officer Michael Marcinkowski filed a motion for summary judgment (ECF No. 33); and

WHEREAS, is support of the motion, defendant Sergeant Dale Best submitted the following document attached to Sergeant Best's Declaration:

> Exhibit B, a copy of the Emergency Evacuation Plan for 74E dorm at Mohawk Correctional Facility.

> and

WHEREAS, the Court finds that the presumption of public access to judicial documents is in the particular circumstances of this case outweighed by the competing considerations in favor of filing records under seal in accordance with the standard set forth in Lugosch v. Pyramid Co. Onondaga, 435 F.3d 110 (2d Cir. 2006) for the reasons set forth in Defendants' letter brief (Dkt. No. 34) and that sealing of the entire one-page document is necessary to preserve the sensitive security information;

IT IS HEREBY ORDERED that:
The following motion document shall be filed under seal:

> Exhibit B to Sgt. Dale Best's Declaration (ECF No. 33-11), a copy of the Emergency Evacuation Plan for 74E dorm at Mohawk Correctional Facility.

SO ORDERED:

Honorable Brenda K. Sannes
Chief United States District Judge